**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

_____

www.cand.uscourts.gov

Richard W. Wieking					General Court Number
Clerk								415.522.2000


January 23, 2008


Jonathan Lee Riches
F.C.I. Williamsburg
P.O. Box 340
Salters, SC 29590


SUBJECT:    Request for Payment of Docket Fee

Title:  **JONATHAN LEE RICHES -v- MCDONALDS CORPORATION**
Case Number:    **CV 07-05869 MJJ**
Court of Appeals Number:


A notice of appeal was filed with this Court on 1/8/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*Simone Voltz*

by:  Simone Voltz
Case Systems Administrator


cc: U.S. Court of Appeals