**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                      415.522.2000

April 30, 2008

CASE NUMBER:    **CV 07-05869 MJJ**
CASE TITLE:    **JONATHAN LEE RICHES -v- MCDONALDS CORPORATION**
DATE MANDATE FILED:   4/24/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has  been filed

in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

Distribution:   CIVIL          -        Counsel of Record

                CRIMINAL    -        Counsel of Record
                                       U.S. Marshal (Copy of Mandate)
                                       U.S. Probation Office

NDC App-16